AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**TWO CD-ROM DISKS BATES LABELED 2 TBC-00256 AND KC-TBC-00001 (MORE SPECIFICALLY DESCRIBED IN ATTACHMENT A)**

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    MARYDITH J. NEWMAN    being duly sworn depose and say:

I am a(n) U.S. Postal Inspector with the U.S. Postal Inspection Service and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

See Attachment A of the Affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See attachment B of the affidavit submitted in support of the application for this warrant which attachments A, B and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Titles 18 & 15 United States Code, Section(s) 1343; 1341; 78j(b); and 78ff. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Jonathan Barr
Fraud and Public Corruption/5th Floor
(202) 514-9620

Signature of Affiant
Marydith J. Newman, U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer    Signature of Judicial Officer