UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re: Search of Two CD-ROM** | : | |
| **Disks Bates Labeled 2-TBC-00256** | : | |
| **and KC-TBC-00001** | : | No. |
| | : | |
| | : | UNDER SEAL |
| | : | |

## ORDER

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this _____ Day of January 2006,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the application and affidavit in support of the above-captioned Search Warrant be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE