UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Search of Two CD-ROM      :
Disks Bates Labeled 2-TBC-00256  :   No. 06 - 024M - 01
and KC-TBC-00001                 :
                                 :   UNDER SEAL    **FILED**
                                 :
                                 :                 JAN 1 9 2006
         ORDER                       NANCY MAYER WHITTINGTON, CLERK
                                          U.S. DISTRICT COURT

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this ___19___ Day of January 2006,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the application and affidavit in support of the above-captioned Search Warrant be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

John M. Facciola
U.S. Magistrate Judge

3