## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/19/2006 | 1/19/2006  12:00 pm | NA |

INVENTORY MADE IN THE PRESENCE OF    AUSA Jonathan Barr

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

FILED

MAR 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _Meredith J Neuman_

Subscribed, sworn to, and returned before me this date.

_____    03/08/06
U.S. Judge or U.S. Magistrate Judge        Date

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO WARRANT

CD-ROM Disk Bates Labeled CK-TBC-00001

| Name | Type |
|---|---|
| 07-25-2004 | File Folder |
| counts | File Folder |
| roddy_hush_0801.RTF | Rich Text Format |
| 407.dcl | DCL File |
| 407.pk | PK File |
| 407.wav | Wave Sound |
| blank.wav | Wave Sound |
| rb_0806_live_01_old.wav | Wave Sound |
| rb_081104_DNNI.wav | Wave Sound |
| rb_081104_FGWC.wav | Wave Sound |
| rb_081104_PWRM.wav | Wave Sound |
| RB | File Folder |
| 01 - TWRM.wav | Wave Sound |
| 02 - AMUT.wav | Wave Sound |
| 03 - TWTN.wav | Wave Sound |
| blank.wav | Wave Sound |
| da_dallas_081804.txt | Text Document |
| da_dncDallas_dump_for_roddy_0812.txt | Text Document |
| daAtl_dump_for_Roddy_0812.txt | Text Document |
| dish_dallas_081804.txt | Text Document |
| dish_mountain_081804.txt | Text Document |
| dishAtl_dump_for_Roddy_0812.txt | Text Document |
| dishPacifica_dump_for_roddy_0812.txt | Text Document |
| rb.dcl | DCL File |

CD-ROM Disk Bates Labeled 2-TBC-00256

| Name | Type |
|---|---|
| direct.pst | Office Data File |