UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 0 2006

In re: SEARCH OF TWO CD-ROM
DISKS BATES LABELED 2 TBC-00256
AND KC-TBC-00001

:
:
:
:
:
:

Number: 06-024M-01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the motion to unseal the application and affidavit in support of the

above-captioned Search Warrant, all accompanying papers, the Government's prior motion to

seal, and the Court's sealing order, on this _20_ Day of November 2006,

**IT IS HEREBY ORDERED**, that the Government's Motion is **GRANTED,** and

**IT IS FURTHER ORDERED** that the application for search warrant, affidavit submitted

in support of the application for search warrant, all accompanying papers, the Government's

Motion to Seal, and Court's sealing order be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE